UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PUGET BIOVENTURES, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO. 3:17-CV-502 RLM-MGG |
| ) | |
| BIOMET ORTHOPEDICS, LLC, *et al.*, ) | |
| ) | |
| Defendants ) | |

## ORDER

This case is related to two earlier-filed cases assigned to the Honorable Jon DeGuilio: Cause Nos. 3:10-CV-463, *Puget BioVentures, LLC v. DePuy Orthopaedics, Inc.,* and 3:10cv465, *Puget BioVentures, LLC v. Biomet Orthopedics LLC et al.* Accordingly, the Clerk of Court is DIRECTED to transfer this case to Judge DeGuilio, pursuant to Rule 40-1(e) of the Local Rules of the United States District Court for the Northern District of Indiana.

SO ORDERED.

ENTERED:   June 29, 2017

/s/ Robert L. Miller, Jr.
Judge, United States District Court