UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PUGET BIOVENTURES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:17-CV-502 JD |
| | ) |
| BIOMET ORTHOPEDICS LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On August 31, 2018, the parties notified the Court that they had finalized the settlement of this matter. [DE 42] The parties have now submitted a Joint Stipulation to Dismiss. [DE 45] In light of the parties' signed Stipulation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby DISMISSED, with prejudice.

SO ORDERED.

ENTERED:  September 11, 2018

/s/ JON E. DEGUILIO
Judge
United States District Court